IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO KEATON,

        Plaintiff,                      No. CIV S-03-0864 GEB CMK P

    vs.

T. FELKER, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 10, 2005, the court ordered the United States Marshal to serve the amended complaint on defendants. Process directed to defendant Dikeson was returned unserved because "returned unexecuted. CDC can't locate defn." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 19, 2004; and

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Dikeson;

    b. Two copies of the endorsed amended complaint filed April 19, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: August 3, 2005.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO KEATON,

        Plaintiff,                No. CIV S-03-0864 GEB CMK P

    vs.

T. FELKER, et al.,               NOTICE OF SUBMISSION

        Defendants.           OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__    completed summons form

        __1__    completed USM-285 form

        __2__    copies of the April 19, 2004 Amended Complaint

DATED:

                                                _____
                                                Plaintiff