BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL (SBN 215479)
Deputy Attorney General
  1300 I Street, Suite 125
  Post Office Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5288
  Facsimile:  (916) 324-5205

Attorneys for Defendant Felker
SA2005300363

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ANTONIO KEATON,**

                Plaintiff,

  v.

**T. FELKER, et al.,**

                Defendants.

No. CIV-S-03-0864 GEB CMK P

**ORDER**

ORDER

The court finds there is good cause to grant Defendant's request for an extension of time to respond to Plaintiff's amended complaint.  Accordingly, Defendant is granted a period of thirty days, to and including September 16, 2005, to file and serve a response.

August 22, 2005

      /s/   **CRAIG M. KELLISON**
      Craig M. Kellison
      UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*
1