IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO KEATON,

      Plaintiff,                         No. CIV S-03-0864 GEB CMK P

    vs.

T. FELKER, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve the completed Notice of Submission of Documents, one completed USM-285 form for defendant Dikeson and two copies of the endorsed April 19, 2004 amended complaint pursuant to the court's order of August 4, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's October 5, 2005 letter for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file and serve the completed Notice of Submission of Documents, one completed USM-285 form for defendant Dikeson and two copies of the endorsed April 19, 2004 amended complaint.

DATED:  October 17, 2005.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE