IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO KEATON,                           No. CIV S- 03-0864 GEB CMK P

       Plaintiff,

  vs.                                   <u>ORDER TO SHOW CAUSE</u>

T. FELKER, et al.,

       Defendants.

_____/

      Plaintiff is a prisoner proceeding pro se an in forma pauperis with a civil rights action under 42 U.S.C. §1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

      The court ordered the United States Marshal to serve plaintiff's amended complaint on defendants on May 10, 2005. On August 4, 2005, the undersigned issued an order directing plaintiff to, within sixty days, provide additional information to serve defendant Dikeson or to show good cause why he could not provide such information. (Doc. 30.) On October 17, 2005, the undersigned granted plaintiff an extension of thirty days to provide information to serve defendant Dikeson. The thirty day extension has expired, and plaintiff has not provided additional information to serve defendant Dikeson.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show good cause in
2 writing, within 20 days of the date of service of this order, why this defendant Dikeson should not
3 be dismissed from this action without prejudice for failure to serve in a timely manner.
4 DATED: November 18, 2005.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE