IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO KEATON,

        Plaintiff,

  vs.

T. FELKER, et al.,

        Defendants.

No. CIV S- 03-0864 GEB CMK P

<u>ORDER</u>

        Plaintiff is a prisoner proceeding pro se an in forma pauperis with a civil rights action under 42 U.S.C. §1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        On November 18, 2005, the court ordered plaintiff to show cause, in writing, why defendant Dikeson should not be dismissed from this action for failure to serve in a timely manner. On November 21, 2005, plaintiff submitted the documents for service of defendant Dikeson to the court. On December 5, 2005, plaintiff filed a response to the court's November 18, 2005 order to show cause.

///

///

1  Good cause appearing, IT IS ORDERED that the November 18, 2005 order to
2 show cause is discharged.

4 DATED:  January 6, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE