IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO KEATON,

    Plaintiff,                        No. CIV S-03-0864 GEB CMK P

    vs.

T. FELKER, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve objections to the January 18, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 2, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the January 18, 2006 findings and recommendations.

DATED:  March 22, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE