IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO KEATON,

    Plaintiff,                              No. CIV S-03-0864 GEB CMK P

    vs.

T. FELKER, et al.,

    Defendants.                        ORDER

_____/

        Plaintiff has requested an extension of time to file his objections to the June 23, 2006 and July 7, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 17, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the June 23, 2006 and July 7, 2006 findings and recommendations.

DATED: July 24, 2006.

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

/bb
keat 03cv0864.36